IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02803-BNB

MARILYN PAULSON, and
DALE PAULSON

    Plaintiffs,

v.

WINDSOR GARDEN ASSOCIATION, A Colorado Non-Profit Corporation,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 22nd day of November, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02803-BNB

Kevin W. Williams
Attorney at Law
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/23/10

            GREGORY C. LANGHAM, CLERK

            By: _____
                Deputy Clerk