IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02803-RPM-KLM

MARILYN PAULSON, and
DALE PAULSON,

      Plaintiffs,

v.

WINDSOR GARDEN ASSOCIATION, A Colorado Non-Profit Corporation,

      Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: November 23rd, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      Richard P. Matsch, Senior District Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 26 2010
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02803-RPM-KLM

Kevin W. Williams
Colorado Cross-Disability Coalition
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Windsor Garden Association, a Colorado Non-Profit Corporation

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Windsor Garden Association, a Colorado Non-Profit Corporation: COMPLAINT FILED 11/16/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  11/26/10  .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk