IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02803-RPM

MARILYN PAULSON, and
DALE PAULSON,

    Plaintiffs,

v.

WINDSOR GARDEN ASSOCIATION, a Colorado non-profit corporation,

    Defendant.

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

Upon consideration of Defendant Windsor Gardens Association's Motion to Set Aside Clerk's Entry of Default [15] filed February 22, 2011, and plaintiffs' response filed February 23, 2011, it is

ORDERED that the motion is granted and the Clerk's Entry of Default [14] entered February 10, 2011, is vacated. It is

FURTHER ORDERED that defendant shall file its answer on or before March 7, 2011.

Dated: February 24th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        Richard P. Matsch, Senior District Judge