IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02803-RPM

MARILYN PAULSON, and
DALE PAULSON,

    Plaintiffs,

v.

WINDSOR GARDEN ASSOCIATION, a Colorado non-profit corporation,

    Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: April 1st, 2011

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge