IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02803-RPM

MARILYN PAULSON, and
DALE PAULSON,

    Plaintiffs,

v.

WINDSOR GARDENS ASSOCIATION, a Colorado non-profit corporation,

    Defendant.

## ORDER REGARDING PLAINTIFF'S MOTION FOR REASONABLE ACCOMMODATIONS

On review of Plaintiff's Motion For Reasonable Accommodations [34] filed May 16, 2011, it is

ORDERED that Plaintiff's Motion is GRANTED.  All further proceedings in this matter will be conducted in either the Alfred A. Arraj United States Courthouse or the Byron Rogers United States Courthouse.

Dated this 17th day of May, 2011.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge