IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02803-RPM

MARILYN PAULSON, and
DALE PAULSON,

    Plaintiffs,

v.

WINDSOR GARDENS ASSOCIATION, a Colorado non-profit corporation,

    Defendant.

---

## ORDER FOR DISMISSAL

---

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice, and the Court being fully advised in this matter, HEREBY ORDERS that the motion is granted. All claims against Defendant Windsor Gardens Association are hereby dismissed with prejudice.

THE COURT FURTHER ORDERS that Plaintiffs and Defendant shall each bear their own costs and expenses, including attorney's fees.

Dated this 22nd day of September, 2011.

                                                  **BY THE COURT:**

                                                  **s/Richard P. Matsch**
                                                  _____
                                                  Richard P. Matsch, Senior District Judge